In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

## NO. 09-12-00422-CV
_____

## IN RE COMMITMENT OF MICHAEL MARKS

**On Appeal from the 435th District Court
Montgomery County, Texas
Trial Cause No. 05-08-06849 CV**

## MEMORANDUM OPINION

The appellant, Michael Marks, filed a motion to dismiss this appeal. The motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Opinion Delivered March 14, 2013

Before McKeithen, C.J., Kreger and Horton, JJ.